IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bass, Torrance M

Printed: 4/22/08

Case Number: 07 B 20668
Judge: Wedoff, Eugene R
Filed: 11/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 189.20 |
| Trustee Fee: |  | 10.80 |
| Other Funds: |  | 0.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,300.00 | 189.20 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 25,915.42 | 0.00 |
| 4. | Ridge Condo Assoc | Secured | 1,200.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 59.35 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 19.19 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 25.98 | 0.00 |
| 8. | Freemont Investment | Secured |  | No Claim Filed |
| 9. | BMG Music Service | Unsecured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 15. | Pentagroup Financial, LLC | Unsecured |  | No Claim Filed |
| 16. | John Stroger Hospital | Unsecured |  | No Claim Filed |
| 17. | Professional Account Management | Unsecured |  | No Claim Filed |
| 18. | Professional Account Management | Unsecured |  | No Claim Filed |
| 19. | John H Stroger Jr Hospital | Unsecured |  | No Claim Filed |
| 20. | BMG Music Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 30,519.94 | $ 189.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 10.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bass, Torrance M | Case Number:  07 B 20668 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  11/5/07 |

```
            _____
              $ 10.80
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

